

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States Attorney's Office*
*50 Main Street, Suite 1100*
*White Plains, New York 10606*

June 5, 2024

**MEMO ENDORSED**

**BY EMAIL**

The Honorable Victoria Reznik
United States Magistrate Judge
Southern District of New York
White Plains, New York 10601

      Re:    *United States v. Feroze Nazirbage*, 24 Mag. 2083

Dear Judge Reznik:

      The Government respectfully requests that the Court unseal the Complaint, 24 Mag. 2083, in the above-referenced case, as the defendant has been arrested by law enforcement officers.

APPLICATION GRANTED
*[signature]*
Hon. Victoria Reznik, U.S.M.J.
June 5, 2024

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: */s/ David A. Markewitz*
    David A. Markewitz
    Assistant United States Attorney
    (914) 993-1920